UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEVEN L. HERRINGTON,<br><br>   Plaintiff,<br><br>vs.<br><br>MARTINSVILLE CITY POLICE DEPT., DAWN LEIGH SMITH, JANE SPENCER CRANEY and ROBERT E. CLINE,<br><br>   Defendants. | NO. 1:05-cv-1817-JDT-TAB |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to proceed *in forma pauperis* is **granted.** The assessment of even a partial initial filing fee is not feasible at this time.

2. Claims against defendants Craney and Cline are dismissed pursuant to 28 U.S.C. § 1915A(b) as legally insufficient because these defendants, as judge and prosecutor respectively, are entitled to absolute immunity from liability which the plaintiff seeks to attach to them in his complaint.

3. No partial final judgment shall issue at this time as to the claims dismissed in paragraph 2 of this Entry.

4. The plaintiff and the defendants who have appeared in this action shall have **through February 28, 2006,** in which to complete written discovery and discovery depositions, and shall have **through April 10, 2006,** in which to file any dispositive motion, including any motion for summary judgment.

5. No case management plan need be submitted in this action unless ordered in the future.

**IT IS SO ORDERED.**

               _____
               John Daniel Tinder, Judge
               United States District Court

Date: 01/05/2006

Copies to:

Steven L. Herrington
No. 930565
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064-0030

Douglas A. Hoffman
3100 John Hinkle Place, Suite 106
Bloomington, IN 47408